J. FRANCIS RATTENBURY, Appellant, v. ALBERT T. ERNHOFER et al., Respondents.— In an action to set aside and cancel of record a deed to a parcel of real property on the ground of fraud, to compel an accounting, to establish a trust, and for incidental relief, the appeal is from a judgment dismissing the complaint entered after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

MARJORIE D. WHITE, Respondent, v. HELEN L. RASMUSSEN, Appellant.— In an action to recover damages for an alleged trespass and nuisance, the appeal is from an order of the County Court, Orange County, denying appellant's motion to dismiss the complaint for insufficiency. The damages were allegedly sustained as a result of appellant's connection of a drainage pipe to respondent's sewer pipe, causing a cesspool on the land of a third person to overflow. Respondent's sewer pipe ran from a septic tank in her property through appellant's land to respondent's overflow cesspool in the land of the third person. Appellant obtained her land from respondent by a conveyance which made appellant's land subject to a right of way for the sewer pipe through and across said land. After the conveyance, appellant constructed a six-family house and, on her land, connected the drainage pipe from said house to respondent's sewer pipe for the purpose of carrying off the waste water and sewage from appellant's house. Order affirmed, with $10 costs and disbursements (see, e.g., *Waverly Gardens* v. *Haring & Grant*, 280 App. Div. 805). Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (January 20, 1958)

In the Matter of the Application of BENEDICT M. KOHL, for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice, with leave to renew upon proper proof of compliance with the applicable rules. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

In the Matter of CAROLINE V. PEABODY, Appellant, against ERNEST F. FRANCKE, as County Clerk of Nassau County, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy, and Ughetta, JJ. Motion for reargument and for other relief denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 4 A D 2d 962.]

FRANK A. LETTIERIA, Appellant, v. HICKORY CLOTHING CORP., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 963.]